# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 172.251.32.212,<br><br>　　　　　Defendant. | Case Number: 2:23-cv-10786-TJH-SPx<br><br>Honorable Terry J. Hatter, Jr<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [21]  [JS-6]** |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff and Defendant's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

1

3. This case is closed for administrative purposes.

IT IS SO ORDERED this 23RD day of AUGUST, 2024

By: /s/ Terry J. Hatter, Jr.
HON. TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE